FILED

12/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0319

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No.  DA 20-0319

BOYNE USA, INC.,

       Petitioner and Appellee and
       Cross-Appellant,

   v.

DEPARTMENT OF REVENUE OF THE
STATE OF MONTANA,

       Respondent and Appellant.

## GRANT OF EXTENSION

Pursuant to Rule 26(1), M.R.App.P., the Department of Revenue of the State of Montana is granted a 30-day extension of time up to and including January 8, 2021, to file its response/reply brief.

Dated this ____ day of _____ 2020.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 1 2020